# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Ann L. Pierce
                Debtor(s)

U.S. Bank National Association, not in its individual capacity, but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4, its successors and/or assigns
                Movant
    vs.

Ann L. Pierce
                Debtor(s)

Scott F. Waterman
                Trustee

CHAPTER 13

NO. 19-17288 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, not in its individual capacity, but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4, which was filed with the Court on or about **February 28, 2020, docket number 24**.

                Respectfully submitted,

                By: **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322
                Attorney for Movant/Applicant

February 28, 2020