Daniel P. Jones, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (READING)

| In Re: | |
|---|---|
| Ann L. Pierce | Chapter 13 |
| Debtors(s) | |
| | Case Number: 19-17288-amc |

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 2148 Butler St, Easton, PA 18042.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 12, 2020, you or your attorney must do all of the following:

(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400 | 201 Penn Street |
| Philadelphia, PA 19107-4299 | Courtroom 4th Floor |
| | Reading, PA 19601 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant's attorney:

        Daniel P. Jones, Esq.
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Telephone: (215) 572-8111
        Facsimile: (215) 572-5025
        djones@sterneisenberg.com

and to the Trustee:

        Scott F. Waterman
        Ch. 13 Trustee
        2901 St. Lawrence Ave.
        Suite 100
        Reading, PA 19606

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on April 2, 2020 at 11:00 AM in Courtroom 4th Floor, United States Bankruptcy Court, 201 Penn Street, Reading, PA 19601.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

        STERN & EISENBERG, PC

        By: /s/ Daniel P. Jones
        Daniel P. Jones, Esq.,
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        Bar Number: 321876
Date: February 28, 2020        Email: djones@sterneisenberg.com

Daniel P. Jones, Esq.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

| In Re:<br>　　Ann L. Pierce<br>　　　Debtor(s) | Chapter 13<br><br>Case Number: 19-17288-amc |
|---|---|

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the within Amended Notice of Motion and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

| Ann L. Pierce<br>2148 Butler Street<br>Easton, PA 18042 | Scott F. Waterman, Esq.<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>ecfmail@readingch13.com | David S. Gellert, Esq.<br>1244 W. Hamilton Street<br>Suite 204<br>Allentown, PA 18102<br>dsgatn@rcn.com |
|---|---|---|

　　　　　　　　　　　　　　　　　　Respectfully Submitted:
　　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC

　　　　　　　　　　　　　　　　　　By: /s/ Daniel P. Jones
　　　　　　　　　　　　　　　　　　Daniel P. Jones, Esq.,
　　　　　　　　　　　　　　　　　　1581 Main Street, Suite 200
　　　　　　　　　　　　　　　　　　The Shops at Valley Square
　　　　　　　　　　　　　　　　　　Warrington, PA 18976
　　　　　　　　　　　　　　　　　　Phone: (215) 572-8111
　　　　　　　　　　　　　　　　　　Fax: (215) 572-5025
　　　　　　　　　　　　　　　　　　Bar Number: 321876
Date: February 28, 2020　　　　　　Email: djones@sterneisenberg.com