## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Ann L. Pierce | Chapter: 13 |
| | Bankruptcy No.: 19-17288-pmm |
| Debtor | 11 U.S.C. § 362 |

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1

Movant

vs.

Ann L. Pierce

Debtor

and

Scott F. Waterman, Esquire

Trustee

RESPONDENTS

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DEADLINE

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1, has filed a Motion for Relief from the Automatic Stay in order to foreclose or resume foreclosure on the real property situated at 2148 BUTLER ST, EASTON, PA 18042.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 8, 2020 you or your attorney must do **all** of the following:

(a)      File an answer explaining your position at:
Eastern District of Pennsylvania-Reading Division
The Gateway Building
201 Penn Street
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      mail a copy to the movant's attorney:
**Chandra M. Arkema**
**Richard M. Squire & Associates, LLC**
**115 West Avenue, Suite 104**

**Jenkintown, PA 19046**
**Phone: (215) 886-8790**
**Fax: (215) 886-8791**

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Judge Patricia M. Mayer on May 19, 2020 at 10:00 in the Bankruptcy Courtroom of the United States Bankruptcy Court, Eastern District of Pennsylvania-Reading Division, The Gateway Building, 201 Penn Street, Reading, PA 19601.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

 /s/ Chandra M. Arkema
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Chandra M. Arkema, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
carkema@squirelaw.com

Dated: April 23, 2020