UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Ann L. Pierce | Bankruptcy No.19-17288-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 27th day of April, 2020, by first class mail upon those listed below:

Ann L. Pierce
2148 Butler Street
Easton, PA  18042

**Electronically via CM/ECF System Only:**

DAVID S GELLERT, ESQ
1244 W HAMILTON STREET
STE 204
ALLENTOWN, PA  18102

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee