IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING DIVISION)

| In Re:<br><br>    Ann L. Pierce<br>    Debtor(s)<br>-------------------------------------------------<br>U.S. Bank National Association, not in its individual capacity but solely in its capacity<br>                      Creditor/Movant<br>v.<br>Ann L. Pierce<br>                      Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 19-17288-PMM |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this __13th__ day of __May__, 20_20_, upon consideration of the Stipulation between Debtor and U.S. Bank National Association, not in its individual capacity but solely in its capacity, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

*Patricia M. Mayer*
UNITED STATES BANKRUPTCY JUDGE