United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ann L. Pierce  
    Debtor

Case No. 19-17288-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Christina     Page 1 of 1     Date Rcvd: May 14, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.  
db           +Ann L. Pierce,   2148 Butler Street,   Easton, PA 18042-4610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:

           CHANDRA M. ARKEMA    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4  
            carkema@squirelaw.com,   vcosme@squirelaw.com,jberry@squirelaw.com  
           CHANDRA M. ARKEMA    on behalf of Creditor    Loan Acquisition Trust 2017-RPL1  
            carkema@squirelaw.com,   vcosme@squirelaw.com,jberry@squirelaw.com  
           DANIEL P. JONES     on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4  
            djones@sterneisenberg.com,   bkecf@sterneisenberg.com  
           DAVID S. GELLERT    on behalf of Debtor Ann L. Pierce dsgatn@rcn.com,   r46641@notify.bestcase.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4  
            bkgroup@kmllawgroup.com  
           SARAH K. MCCAFFERY    on behalf of Creditor    Loan Acquisition Trust 2017-RPL1  
            sarah.mccaffery@powerskirn.com  
           SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                           TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING DIVISION)

| In Re:<br>   Ann L. Pierce<br>   Debtor(s)<br>--------------------------------------------<br>U.S. Bank National Association, not in its individual capacity but solely in its capacity<br>                 Creditor/Movant<br>v.<br>Ann L. Pierce<br>                 Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 19-17288-PMM |
|---|---|

### ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this __13th__ day of __May__, 20 20, upon consideration of the Stipulation between Debtor and U.S. Bank National Association, not in its individual capacity but solely in its capacity, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

_Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE