## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Ann L. Pierce                                     Chapter: 13

                                                          Bankruptcy No.: 19-17288-pmm

                              Debtor                      11 U.S.C. § 362

U.S. Bank Trust National Association, not in its
individual capacity but solely as owner trustee for
Loan Acquisition Trust 2017-RPL1

                                        Movant

                  vs.

Ann L. Pierce

                                        Debtor

                  and

Scott F. Waterman,

                                        Trustee

                        RESPONDENTS


## ORDER APPROVING STIPULATION/CONSENT ORDER

And Now, this ___10th____ day of ___June_____, 2020, upon consideration
of the Stipulation between Ann L. Pierce and U.S. Bank Trust National Association, not
in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-
RPL1 it is hereby ORDERED and DECREED that the Stipulation is APPROVED and
made an Order of Court.


*Patricia M. Mayer*

_____
THE HONORABLE JUDGE PATRICIA M.
MAYER
United States Bankruptcy Judge


CC:

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA 18102

Chandra M. Arkema
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

Ann L. Pierce
2148 Butler Street
Easton, PA 18042