United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ann L. Pierce  
    Debtor

Case No. 19-17288-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Christina    Page 1 of 1    Date Rcvd: Jun 10, 2020  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.  
db          +Ann L. Pierce,    2148 Butler Street,    Easton, PA 18042-4610  
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
         CHANDRA M. ARKEMA    on behalf of Creditor    Loan Acquisition Trust 2017-RPL1
           carkema@squirelaw.com,    vcosme@squirelaw.com,jberry@squirelaw.com
         CHANDRA M. ARKEMA    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4
           carkema@squirelaw.com,    vcosme@squirelaw.com,jberry@squirelaw.com
         DANIEL P. JONES    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4
           djones@sterneisenberg.com,    bkecf@sterneisenberg.com
         DAVID S. GELLERT    on behalf of Debtor Ann L. Pierce dsgatn@rcn.com,    r46641@notify.bestcase.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
          individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4
           bkgroup@kmllawgroup.com
         SARAH K. MCCAFFERY    on behalf of Creditor    Loan Acquisition Trust 2017-RPL1
           sarah.mccaffery@powerskirn.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Ann L. Pierce

Debtor

Chapter: 13

Bankruptcy No.: 19-17288-pmm

11 U.S.C. § 362

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1

Movant

vs.

Ann L. Pierce

Debtor

and

Scott F. Waterman,

Trustee

RESPONDENTS

## ORDER APPROVING STIPULATION/CONSENT ORDER

And Now, this __10th__ day of __June__, 2020, upon consideration of the Stipulation between Ann L. Pierce and U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of Court.

*Patricia M. Mayer*

THE HONORABLE JUDGE PATRICIA M. MAYER
United States Bankruptcy Judge

CC:

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA 18102

Chandra M. Arkema
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

Ann L. Pierce
2148 Butler Street
Easton, PA 18042