UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ANN L. PIERCE | : | Bankruptcy No.  19-17288PMM |
| | : | |
| Debtor(s) | : | Chapter 13 |

\* \* \* \* \* \* \*

HEARING TO BE HELD:
Date:  **August 6, 2020**
Time:  **10:00 a.m.**
Place:  United States Bankruptcy Court
The Gateway Building
201 Penn Street
4th Floor Courtroom
Reading, PA 19601

\* \* \* \* \* \* \*

## NOTICE OF SECOND AMENDED MOTION, RESPONSE DEADLINE AND HEARING DATE

    Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed Trustee's Second Amended Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of this case.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the Court to grant the relief sought in the second amended motion or if you want the Court to consider your views on the second amended motion, then on or before **July 20, 2020** you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at

        United States Bankruptcy Court
        The Gateway Building
        Office of the Clerk, Room 103
        201 Penn Street
        Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b) mail a copy to movant:
>
> Rolando Ramos-Cardona, Esq.
> for
> Scott F. Waterman, Esq.
> Standing Chapter 13 Trustee
> 2901 St. Lawrence Avenue
> Reading, Pennsylvania 19606
> Telephone:  (610) 779-1313
> Fax:           (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the second amended motion.

3. A hearing on the second amended motion is scheduled to be held before The Honorable PATRICIA M. MAYER, United States Bankruptcy Judge, on Thursday, August 6, 2020 at 10:00 a.m., in United States Bankruptcy Court, The Gateway Building , 201 Penn Street, 4th Floor Courtroom, Reading, PA 19601.

4. If a copy of the second amended motion is not enclosed, a copy of the second amended motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  July 6, 2020.