Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-17288-PMM**

Ann L. Pierce  
2148 Butler Street  
Easton  PA    18042

Petition Filed Date: 11/20/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/2020 | $312.00 | | 03/23/2020 | $312.00 | | 04/29/2020 | $313.00 | |
| 05/22/2020 | $650.00 | | 07/08/2020 | $312.00 | | 07/17/2020 | $320.00 | |
| 07/30/2020 | $312.00 | | | | | | | |

**Total Receipts for the Period: $2,531.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,531.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ann L. Pierce | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,531.00 | Current Monthly Payment: | $312.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($35.00) |
| Paid to Trustee: | $244.98 | Total Plan Base: | $18,720.00 |
| Funds on Hand: | $2,286.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.