**Payslip: Ann Pierce (200765): 07/24/2018**
**(Regular) - Complete**

12:51 PM
09/28/2018
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Panera, LLC | 3630 S. Geyer Rd. #100<br>St. Louis, MO 63127<br>United States of America | +1 (314) 984-1000 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ann Pierce | 200765 | 07/11/2018 | 07/24/2018 | 07/31/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,247.69 | 295.09 | 511.47 | 65.60 | 1,375.53 |
| YTD | 34,050.86 | 4,606.72 | 7,669.21 | 1,111.56 | 20,663.37 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus Retail (GM AM) | | | | | 761.75 |
| Holiday Not Worked | | | | | 192.40 |
| Hourly Pay | 07/11/2018 - 07/24/2018 | 80.00 | 20.86 | 1,668.80 | 25,668.00 |
| OT True for bonus 8T manual non FLSA | | | | | 51.05 |
| Overtime Premium (0.5) | 07/11/2018 - 07/24/2018 | 18.500001 | 10.43 | 192.97 | 2,223.03 |
| Overtime Straight (1.0) | 07/11/2018 - 07/24/2018 | 18.500001 | 20.86 | 385.92 | 4,366.80 |
| PTO/VACATION | | | | | 769.60 |
| Report In Pay | | | | | 18.23 |
| | | | Total: | 2,247.69 | 34,050.86 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 129.43 | 1,952.21 |
| Medicare | 30.26 | 456.56 |
| Federal Withholding | 252.09 | 3,756.94 |
| State Tax - PA | 64.09 | 966.66 |
| SUI-Employee Paid - NJ | 7.99 | 120.44 |
| City Tax - WILSN | 20.87 | 314.86 |
| NJ FLI - NJFLI | 1.88 | 28.34 |
| NJ TDF - NJTDB | 3.97 | 59.83 |
| NJ WFD - NJWDF | 0.89 | 13.37 |
| Total: | 511.47 | 7,669.21 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k % | 134.86 | 2,043.04 |
| Dental | 14.63 | 234.08 |
| Flex - Health | 38.46 | 615.36 |
| Medical | 104.00 | 1,664.00 |
| Vision | 3.14 | 50.24 |
| Total: | 295.09 | 4,606.72 |

Payslip: Ann Pierce (200765): 07/24/2018
(Regular) - Complete

12:51 PM
09/28/2018
Page 2 of 2

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan | 29.95 | 479.20 |
| Accident | 8.32 | 133.12 |
| Critical Illness | 14.12 | 225.92 |
| Hospital Indemnity | 6.60 | 105.60 |
| Long Term Disability | 1.70 | 27.20 |
| Optional Life | 2.31 | 36.96 |
| Shoes For Crews |  | 61.96 |
| Short Term Disability | 2.60 | 41.60 |
| Total: | 65.60 | 1,111.56 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,087.46 | 31,487.18 |
| Medicare - Taxable Wages | 2,087.46 | 31,487.18 |
| Federal Withholding - Taxable Wages | 1,952.60 | 29,444.14 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

## PTO/VACATION

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Panera Paid Time Off Plan (US) | 4.62 | 0.00 | 28.46 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Ann Pierce (200765) - 07/31/2018 | First Commonwealth | First Commonwealth - Checking | ******7092 | 1,375.53 | USD |
| | | | Total: | 1,375.53 | |

Payslip: Ann Pierce (200765): 08/07/2018
(Regular) - Complete

12:52 PM
09/28/2018
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Panera, LLC | 3630 S. Geyer Rd. #100<br>St. Louis, MO 63127<br>United States of America | +1 (314) 984-1000 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ann Pierce | 200765 | 07/25/2018 | 08/07/2018 | 08/14/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,469.09 | 308.37 | 584.06 | 65.60 | 1,511.06 |
| YTD | 36,519.95 | 4,915.09 | 8,253.27 | 1,177.16 | 22,174.43 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus Retail (GM AM) | 07/25/2018 - 08/07/2018 | 0.00 | 0.00 | 206.87 | 968.62 |
| Holiday Not Worked | | | | | 192.40 |
| Hourly Pay | 07/25/2018 - 08/07/2018 | 80.00 | 20.86 | 1,668.80 | 27,336.80 |
| OT True for bonus 8T manual non FLSA | 07/25/2018 - 08/07/2018 | 0.00 | 0.00 | 12.96 | 64.01 |
| Overtime Premium (0.5) | 07/25/2018 - 07/31/2018 | 9.700001 | 10.43 | 101.18 | |
| Overtime Premium (0.5) | 08/01/2018 - 08/07/2018 | 8.283333 | 12.57 | 104.13 | 2,428.34 |
| Overtime Straight (1.0) | 07/25/2018 - 08/07/2018 | 17.983334 | 20.86 | 375.15 | 4,741.95 |
| PTO/VACATION | | | | | 769.60 |
| Report In Pay | | | | | 18.23 |
| | | | Total: | 2,469.09 | 36,519.95 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 143.14 | 2,095.35 |
| Medicare | 33.48 | 490.04 |
| Federal Withholding | 297.88 | 4,054.82 |
| State Tax - PA | 70.88 | 1,037.54 |
| SUI-Employee Paid - NJ | 8.46 | 128.90 |
| City Tax - WILSN | 23.09 | 337.95 |
| NJ FLI - NJFLI | 1.99 | 30.33 |
| NJ TDF - NJTDB | 4.20 | 64.03 |
| NJ WFD - NJWDF | 0.94 | 14.31 |
| Total: | 584.06 | 8,253.27 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k % | 148.14 | 2,191.18 |
| Dental | 14.63 | 248.71 |
| Flex - Health | 38.46 | 653.82 |
| Medical | 104.00 | 1,768.00 |

Payslip: Ann Pierce (200765): 08/07/2018
(Regular) - Complete

12:52 PM
09/28/2018
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Vision | 3.14 | 53.38 |
| Total: | 308.37 | 4,915.09 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401k Loan | 29.95 | 509.15 |
| Accident | 8.32 | 141.44 |
| Critical Illness | 14.12 | 240.04 |
| Hospital Indemnity | 6.60 | 112.20 |
| Long Term Disability | 1.70 | 28.90 |
| Optional Life | 2.31 | 39.27 |
| Shoes For Crews | | 61.96 |
| Short Term Disability | 2.60 | 44.20 |
| Total: | 65.60 | 1,177.16 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,308.86 | 33,796.04 |
| Medicare - Taxable Wages | 2,308.86 | 33,796.04 |
| Federal Withholding - Taxable Wages | 2,160.72 | 31,604.86 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

**PTO/VACATION**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Panera Paid Time Off Plan (US) | 4.62 | 0.00 | 33.08 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Ann Pierce (200765) - 08/14/2018 | First Commonwealth | First Commonwealth - Checking | ******7092 | 1,511.06 | USD |
| | | | Total: | 1,511.06 | |

Payslip: Ann Pierce (200765): 08/21/2018
(Regular) - Complete

12:52 PM
09/28/2018
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Panera, LLC | 3630 S. Geyer Rd. #100 St. Louis, MO 63127 United States of America | +1 (314) 984-1000 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ann Pierce | 200765 | 08/08/2018 | 08/21/2018 | 08/28/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,116.04 | 287.19 | 454.09 | 65.60 | 1,309.16 |
| YTD | 38,635.99 | 5,202.28 | 8,707.36 | 1,242.76 | 23,483.59 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus Retail (GM AM) | | | | | 968.62 |
| Holiday Not Worked | | | | | 192.40 |
| Hourly Pay | 08/08/2018 - 08/21/2018 | 77.90 | 20.86 | 1,625.00 | 28,961.80 |
| OT True for bonus 8T manual non FLSA | | | | | 64.01 |
| Overtime Premium (0.5) | 08/15/2018 - 08/21/2018 | 8.383333 | 10.43 | 87.44 | 2,515.78 |
| Overtime Straight (1.0) | 08/15/2018 - 08/21/2018 | 8.383333 | 20.86 | 174.88 | 4,916.83 |
| PTO/VACATION | 08/08/2018 - 08/21/2018 | 8.00 | 25.46 | 203.68 | 973.28 |
| Report In Pay | 08/08/2018 - 08/21/2018 | 1.20 | 20.86 | 25.04 | 43.27 |
| | | | Total: | 2,116.04 | 38,635.99 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 121.26 | 2,216.61 |
| Medicare | 28.36 | 518.40 |
| Federal Withholding | 224.87 | 4,279.69 |
| State Tax - PA | 60.04 | 1,097.58 |
| SUI-Employee Paid - NJ | | 128.90 |
| City Tax - WILSN | 19.56 | 357.51 |
| NJ FLI - NJFLI | | 30.33 |
| NJ TDF - NJTDB | | 64.03 |
| NJ WFD - NJWDF | | 14.31 |
| Total: | 454.09 | 8,707.36 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k % | 126.96 | 2,318.14 |
| Dental | 14.63 | 263.34 |
| Flex - Health | 38.46 | 692.28 |
| Medical | 104.00 | 1,872.00 |
| Vision | 3.14 | 56.52 |

Payslip: Ann Pierce (200765): 08/21/2018 (Regular) - Complete

12:52 PM
09/28/2018
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Total: | 287.19 | 5,202.28 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan | 29.95 | 539.10 |
| Accident | 8.32 | 149.76 |
| Critical Illness | 14.12 | 254.16 |
| Hospital Indemnity | 6.60 | 118.80 |
| Long Term Disability | 1.70 | 30.60 |
| Optional Life | 2.31 | 41.58 |
| Shoes For Crews | | 61.96 |
| Short Term Disability | 2.60 | 46.80 |
| Total: | 65.60 | 1,242.76 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,955.81 | 35,751.85 |
| Medicare - Taxable Wages | 1,955.81 | 35,751.85 |
| Federal Withholding - Taxable Wages | 1,828.85 | 33,433.71 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

### PTO/VACATION

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Panera Paid Time Off Plan (US) | 4.62 | 8.00 | 29.70 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Ann Pierce (200765) - 08/28/2018 | First Commonwealth | First Commonwealth - Checking | ******7092 | 1,309.16 | USD |
| | | | Total: | 1,309.16 | |

Payslip: Ann Pierce (200765): 09/04/2018
(Regular) - Complete

12:53 PM
09/28/2018
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Panera, LLC | 3630 S. Geyer Rd. #100<br>St. Louis, MO 63127<br>United States of America | +1 (314) 984-1000 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ann Pierce | 200765 | 08/22/2018 | 09/04/2018 | 09/11/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,236.02 | 294.40 | 492.97 | 96.58 | 1,352.07 |
| YTD | 40,872.01 | 5,496.68 | 9,200.33 | 1,339.34 | 24,835.66 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus Retail (GM AM) | | | | | 968.62 |
| Bread Bash | 08/22/2018 - 08/28/2018 | 3.50 | 20.86 | 73.01 | 73.01 |
| Holiday Not Worked | | | | | 192.40 |
| Hourly Pay | 08/22/2018 - 09/04/2018 | 78.033333 | 20.86 | 1,627.78 | 30,589.58 |
| OT True for bonus 8T manual non FLSA | | | | | 64.01 |
| Overtime Premium (0.5) | 08/22/2018 - 09/04/2018 | 17.099999 | 10.43 | 178.37 | 2,694.15 |
| Overtime Straight (1.0) | 08/22/2018 - 09/04/2018 | 17.099999 | 20.86 | 356.72 | 5,273.55 |
| PTO/VACATION | | | | | 973.28 |
| Report In Pay | 08/22/2018 - 09/04/2018 | 0.006667 | 20.86 | 0.14 | 43.41 |
| | | | Total: | 2,236.02 | 40,872.01 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 128.70 | 2,345.31 |
| Medicare | 30.10 | 548.50 |
| Federal Withholding | 249.68 | 4,529.37 |
| State Tax - PA | 63.73 | 1,161.31 |
| SUI-Employee Paid - NJ | | 128.90 |
| City Tax - WILSN | 20.76 | 378.27 |
| NJ FLI - NJFLI | | 30.33 |
| NJ TDF - NJTDB | | 64.03 |
| NJ WFD - NJWDF | | 14.31 |
| Total: | 492.97 | 9,200.33 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k % | 134.16 | 2,452.30 |
| Dental | 14.63 | 277.97 |
| Flex - Health | 38.47 | 730.75 |
| Medical | 104.00 | 1,976.00 |

Payslip: Ann Pierce (200765): 09/04/2018
(Regular) - Complete

12:53 PM
09/28/2018
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Vision | 3.14 | 59.66 |
| Total: | 294.40 | 5,496.68 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401k Loan | 29.95 | 569.05 |
| Accident | 8.32 | 158.08 |
| Critical Illness | 14.12 | 268.28 |
| Hospital Indemnity | 6.60 | 125.40 |
| Long Term Disability | 1.70 | 32.30 |
| Optional Life | 2.31 | 43.89 |
| Shoes For Crews | 30.98 | 92.94 |
| Short Term Disability | 2.60 | 49.40 |
| Total: | 96.58 | 1,339.34 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,075.78 | 37,827.63 |
| Medicare - Taxable Wages | 2,075.78 | 37,827.63 |
| Federal Withholding - Taxable Wages | 1,941.62 | 35,375.33 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

**PTO/VACATION**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Panera Paid Time Off Plan (US) | 4.62 | 0.00 | 34.32 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Ann Pierce (200765) - 09/11/2018 | First Commonwealth | First Commonwealth - Checking | ******7092 | 1,352.07 | USD |
| | | | Total: | 1,352.07 | |

Payslip: Ann Pierce (200765): 09/18/2018
(Regular) - Complete

12:53 PM
09/28/2018
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Panera, LLC | 3630 S. Geyer Rd. #100 St. Louis, MO 63127 United States of America | +1 (314) 984-1000 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ann Pierce | 200765 | 09/05/2018 | 09/18/2018 | 09/25/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,093.85 | 285.86 | 446.91 | 96.58 | 1,264.50 |
| YTD | 42,965.86 | 5,782.54 | 9,647.24 | 1,435.92 | 26,100.16 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus Retail (GM AM) | | | | | 968.62 |
| Bread Bash | | | | | 73.01 |
| Holiday Not Worked | | | | | 192.40 |
| Hourly Pay | 09/05/2018 - 09/18/2018 | 80.00 | 20.86 | 1,668.80 | 32,258.38 |
| OT True for bonus 8T manual non FLSA | | | | | 64.01 |
| Overtime Premium (0.5) | 09/05/2018 - 09/18/2018 | 13.583334 | 10.43 | 141.69 | 2,835.84 |
| Overtime Straight (1.0) | 09/05/2018 - 09/18/2018 | 13.583334 | 20.86 | 283.36 | 5,556.91 |
| PTO/VACATION | | | | | 973.28 |
| Report In Pay | | | | | 43.41 |
| | | | Total: | 2,093.85 | 42,965.86 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 119.89 | 2,465.20 |
| Medicare | 28.04 | 576.54 |
| Federal Withholding | 220.28 | 4,749.65 |
| State Tax - PA | 59.36 | 1,220.67 |
| SUI-Employee Paid - NJ | | 128.90 |
| City Tax - WILSN | 19.34 | 397.61 |
| NJ FLI - NJFLI | | 30.33 |
| NJ TDF - NJTDB | | 64.03 |
| NJ WFD - NJWDF | | 14.31 |
| Total: | 446.91 | 9,647.24 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k % | 125.63 | 2,577.93 |
| Dental | 14.63 | 292.60 |
| Flex - Health | 38.46 | 769.21 |
| Medical | 104.00 | 2,080.00 |
| Vision | 3.14 | 62.80 |
| Total: | 285.86 | 5,782.54 |

Payslip: Ann Pierce (200765): 09/18/2018
(Regular) - Complete

12:53 PM
09/28/2018
Page 2 of 2

### Post Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| 401k Loan | 29.95 | 599.00 |
| Accident | 8.32 | 166.40 |
| Critical Illness | 14.12 | 282.40 |
| Hospital Indemnity | 6.60 | 132.00 |
| Long Term Disability | 1.70 | 34.00 |
| Optional Life | 2.31 | 46.20 |
| Shoes For Crews | 30.98 | 123.92 |
| Short Term Disability | 2.60 | 52.00 |
| Total: | 96.58 | 1,435.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 1,933.62 | 39,761.25 |
| Medicare - Taxable Wages | 1,933.62 | 39,761.25 |
| Federal Withholding - Taxable Wages | 1,807.99 | 37,183.32 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

### PTO/VACATION

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| Panera Paid Time Off Plan (US) | 4.62 | 0.00 | 38.94 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---:|---|
| Payroll Payment: Ann Pierce (200765) - 09/25/2018 | First Commonwealth | First Commonwealth - Checking | ******7092 | 1,264.50 | USD |
| | | | Total: | 1,264.50 | |