IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ANN L. PIERCE ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICAN HONDA FINANCE ) | CASE NO. 19-17288-PMM |
| CORPORATION d/b/a HONDA FINANCIAL ) | |
| SERVICES, ADMINISTRATOR FOR ) | 11 U.S.C. 362 |
| HONDA LEASE TRUST ) | |
| **Moving Party** ) | 11 U.S.C. 1301 |
| ) | |
| v. ) | |
| ) | HEARING DATE: **10-13-20 at 10:00 AM** |
| ANN L. PIERCE ) | |
| DARYL PIERCE ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Honda Financial Services and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about November 12, 2020 in the above matter is APPROVED.

Dated: **November 16, 2020**

BY THE COURT:

*Patricia M. Mayer*
UNITED STATES BANKRUPTCY JUDGE