United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 19-17288-pmm

Ann L. Pierce                                                                     Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

**Recip ID          Recipient Name and Address**
db                 +  Ann L. Pierce, 2148 Butler Street, Easton, PA 18042-4610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Loan Acquisition Trust 2017-RPL1 carkema@squirelaw.com vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID S. GELLERT | on behalf of Debtor Ann L. Pierce dsgatn@rcn.com  r46641@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee |

District/off: 0313-4

User: Adminstra

Page 2 of 2

Date Rcvd: Nov 16, 2020

Form ID: pdf900

Total Noticed: 1

of CIM Trust 2018-R4 bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
      on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SARAH K. MCCAFFERY
      on behalf of Creditor Loan Acquisition Trust 2017-RPL1 bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
      on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Servcies  administrator for Honda Lease Trust
      ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ANN L. PIERCE )<br>       **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICAN HONDA FINANCE ) | CASE NO. 19-17288-PMM |
| CORPORATION d/b/a HONDA FINANCIAL) | |
| SERVICES, ADMINISTRATOR FOR ) | 11 U.S.C. 362 |
| HONDA LEASE TRUST ) | |
|        **Moving Party** ) | 11 U.S.C. 1301 |
| ) | |
|      v. ) | |
| ) | HEARING DATE: **10-13-20 at 10:00 AM** |
| ANN L. PIERCE ) | |
|   DARYL PIERCE ) | |
|        **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|        **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Honda Financial Services and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about November 12, 2020 in the above matter is APPROVED.

Dated: **November 16, 2020**

BY THE COURT:

*Patricia M. Mayer*

UNITED STATES BANKRUPTCY JUDGE