**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Ann L. Pierce<br><br>                               Debtor | Chapter: 13<br><br>Bankruptcy No.: 19-17288-pmm<br><br>11 U.S.C. § 362 |

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1

            Movant

     vs.

Ann L. Pierce

            Debtor

     and

Scott F. Waterman

           RESPONDENTS


**PRAECIPE TO WITHDRAW OBJECTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LOAN ACQUISITION TRUST 2017-RPL1, TO CONFIRMATION OF DEBTOR`S PROPOSED CHAPTER 13 PLAN**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA**

   Kindly withdraw the Objection to U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1, to Confirmation of Debtor`s Proposed Chapter 13 Plan in the above captioned matter.

                Respectfully submitted,

                 /s/ Chandra M. Arkema
                Richard M. Squire, Esq.
                M. Troy Freedman, Esq.
                Chandra M. Arkema, Esq.
                One Jenkintown Station, Suite 104
                115 West Avenue
                Jenkintown, PA 19046
                215-886-8790
                215-886-8791 (FAX)
                rsquire@squirelaw.com
                tfreedman@squirelaw.com
                carkema@squirelaw.com
                Attorney for Movant

Dated: January 20, 2021

01200-4/AF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Ann L. Pierce<br><br>                          Debtor | Chapter: 13<br><br>Bankruptcy No.: 19-17288-pmm<br><br>11 U.S.C. § 362 |

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1

                                    Movant

                  vs.

Ann L. Pierce

                                    Debtor

                and

Scott F. Waterman

                                    Trustee
                               RESPONDENTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Praecipe to Withdraw Objection of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1, to Confirmation of Debtor`s Proposed Chapter 13 Plan electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>January 20, 2021</u>

Scott F. Waterman
Chapter 13 Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Ann L. Pierce
2148 Butler Street
Easton, PA 18042

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA 18102

      I hereby certify the foregoing to be true and correct under penalty of perjury.

01200-4/AF

        Respectfully submitted,

    /s/ Chandra M. Arkema
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Chandra M. Arkema, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
carkema@squirelaw.com
Attorney for Movant

01200-4/AF