# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
    ANN L. PIERCE,                  :    Bankruptcy No. 19-17288 PMM
                                    :    Chapter 13
    Debtor                          :

## ORDER

Upon consideration of the Motion of Debtor to Avoid Judicial Lien of Portfolio Recovery Associates LLC, it is hereby

**ORDERED** that the Motion is **GRANTED;** it is further

**ORDERED** that the Judicial Lien held by Portfolio Recovery Associates LLC, entered at docket number C48-CV-2016-08661 in the Northampton County Court of Common Pleas against real property of the Debtor more particularly described in Debtor's Motion, is hereby **AVOIDED IN ITS ENTIRETY;** it is further

**ORDERED** that the Debtor is authorized to take all steps necessary and appropriate to note the avoidance of the Judicial Lien on the Docket of the Court of Common Pleas of Northampton County; however, the failure to do so shall not affect the avoided status of the Judicial Lien; and it is further

**ORDERED** that the avoidance of the Judicial Lien shall be effective upon the entry of the discharge order.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge