United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17288-pmm |
| Ann L. Pierce | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: 167 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann L. Pierce, 2148 Butler Street, Easton, PA 18042-4610 |
| cr | + | U.S. Bank National Association, not in its individ, C/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14538875 | + | American Honda Finance Corporation, d/b/a Honda Financial Services, c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14538544 | + | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 14428357 | + | Apex Asset Management, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14428360 | + | Fay Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14431226 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14428361 | + | Financial Recoveries, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14458501 | + | Loan Acquisition Trust 2017-RPL1, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14428363 | + | Medical Data Systems, 2001 9th Avenue Suite 3, Vero Beach, FL 32960-6413 |
| 14428364 | + | Portfolio Recovery Associates, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14428365 | + | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14428366 | | Rushmore Loan Management Services, P.O. Box 55004, Covina, CA 91722 |
| 14458307 | + | U.S. Bank National Association, et. al., c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14474897 | + | U.S. Bank National Association, not in its individ, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14440824 | + | U.S. Bank Trust National Trustee for, Loan Acquisition Trust 2017-RPL1, c/o Sarah K. McCaffery, Esquire, One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14433137 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 05 2021 02:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14428358 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 05 2021 02:54:21 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14428359 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 05 2021 02:54:27 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14579001 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2021 02:38:00 | Midland Credit Management, P.O. Box 2011, Warren, MI 48090-2011 |
| 14450211 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2021 02:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14459257 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 6

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: 167 | Total Noticed: 22 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14428362 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial services, P.O. Box 65507, Wilmington, DE 19808 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Loan Acquisition Trust 2017-RPL1 carkema@squirelaw.com vcosme@squirelaw.com,jberry@squirelaw.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID S. GELLERT | on behalf of Debtor Ann L. Pierce dsgatn@rcn.com r46641@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Loan Acquisition Trust 2017-RPL1 bankruptcy@powerskirn.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Servcies administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ann L. Pierce
    Debtor(s)

Case No: 19−17288−pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Certification of Default Filed by DANIEL P. JONES on behalf of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018−R4

on: 2/25/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 2/4/21

Timothy B. McGrath
Clerk of Court

74 − 72
Form 167