# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Ann L. Pierce | Chapter: 13 |
| | Bankruptcy No.: 19-17288-pmm |
| Debtor | 11 U.S.C. § 362 |

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1

                              Movant

                      vs.

Ann L. Pierce

                              Debtor

                      and

Scott F. Waterman, Esquire

                              Trustee

                     RESPONDENTS

     The undersigned hereby consents to the substitution of Michael Clark, Esquire, as attorney for the secured creditor, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1, in the above-captioned matter in the place and stead of Chandra M. Arkema, Esquire.

| | |
|---|---|
| **Richard M. Squire & Associates, LLC** | **Withdrawing Attorney** |
| **Superseding Attorney:** | |
| **By: /s/ _Michael Clark_** | **By: /s/ CHANDRA M. ARKEMA** |
| Michael Clark, Esquire | Chandra M. Arkema |

Dated: February 9, 2021