*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ann L. Pierce
    Debtor(s)

Case No: 19–17288–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Filed by MICHAEL JOHN CLARK on behalf of Loan Acquisition Trust 2017–RPL1 (related

on: 3/4/21

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/11/21

Timothy B. McGrath
Clerk of Court

79 – 76
Form 167