# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     ANN L. PIERCE, | : | Bankruptcy No. 19-17288 PMM |
| | : | Chapter 13 |
|     Debtor | : | |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 12th day of February 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated January 27, 2021 of the filing of the Motion to Avoid Lien of Midland Funding, LLC.


Dated: February 12, 2021                                                  s/David S. Gellert
                                                                                             David S. Gellert, Esquire
                                                                                             David S. Gellert, P.C.
                                                                                             1244 Hamilton Street, Suite 204
                                                                                             Allentown, PA 8102
                                                                                             610-776-7070 Fax: 610-776-7072
                                                                                             dsgatn@rcn.com