# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :
    ANN L. PIERCE,                  :    Bankruptcy No. 19-17288 PMM
                                    :    Chapter 13
    Debtor                          :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 12th day of February 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated January 27, 2021 of the filing of the Motion to Avoid Lien of Portfolio Recovery Services LLC.

Dated: February 12, 2021

s/David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 8102
610-776-7070 Fax: 610-776-7072
dsgatn@rcn.com