United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17288-pmm |
| Ann L. Pierce | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

**Recip ID          Recipient Name and Address**
db          + Ann L. Pierce, 2148 Butler Street, Easton, PA 18042-4610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

**Name          Email Address**

DANIEL P. JONES
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID S. GELLERT
     on behalf of Debtor Ann L. Pierce dsgatn@rcn.com  r46641@notify.bestcase.com

MICHAEL JOHN CLARK
     on behalf of Creditor Loan Acquisition Trust 2017-RPL1 mjclark@logs.com

REBECCA ANN SOLARZ
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

SARAH K. MCCAFFERY
    on behalf of Creditor Loan Acquisition Trust 2017-RPL1 bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Servcies  administrator for Honda Lease Trust
    ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
    ANN L. PIERCE,                          :       Bankruptcy No. 19-17288 PMM
                                                  :       Chapter 13
    Debtor                                    :

## ORDER

Upon consideration of the Motion of Debtor to Avoid Judicial Lien of Midland Funding LLC, it is hereby

**ORDERED** that the Motion is **GRANTED;** it is further

**ORDERED** that the Judicial Lien held by Midland Funding LLC, entered at docket number C48-CV-2018-2284 in the Northampton County Court of Common Pleas against real property of the Debtor more particularly described in Debtor's Motion, is hereby **AVOIDED IN ITS ENTIRETY;** it is further

**ORDERED** that the Debtor is authorized to take all steps necessary and appropriate to note the avoidance of the Judicial Lien on the Docket of the Court of Common Pleas of Northampton County; however, the failure to do so shall not affect the avoided status of the Judicial Lien; and it is further

**ORDERED** that the avoidance of the Judicial Lien shall be effective upon the entry of the discharge order.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: February 18, 2021**