## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ann L. Pierce

        Debtor(s)

U.S. Bank National Association, not in its individual capacity, but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4, its successors and/or assigns

        Movant

vs.

Ann L. Pierce

        Debtor(s)

Scott F. Waterman

        Trustee

CHAPTER 13

NO. 19-17288 PMM

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, not in its individual capacity, but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4, which was filed with the Court on or about **February 28, 2020 (Document No. 26)**.

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esq.**
        Rebecca A. Solarz, Esq.
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106

February 22, 2021