# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Ann L. Pierce<br><br>                Debtor(s)<br>U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4<br>                Creditor/Movant<br>v.<br>Ann L. Pierce<br><br>                Respondent | Chapter 13<br><br>Bankruptcy Case: 19-17288-pmm<br><br>Judge: Patricia M. Mayer |

# O R D E R

AND NOW, this 25th day of February, 20 21 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 and any successor in interest and Debtor, Ann L. Pierce, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **2148 Butler Street, Easton, PA 18042**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Patricia M. Mayer*
UNITED STATES BANKRUPTCY JUDGE