United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ann L. Pierce  
    Debtor

Case No. 19-17288-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Feb 25, 2021      Form ID: 155      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann L. Pierce, 2148 Butler Street, Easton, PA 18042-4610 |
| 14538875 | + | American Honda Finance Corporation, d/b/a Honda Financial Services, c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14538544 | + | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 14428357 | + | Apex Asset Management, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14428360 | + | Fay Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14431226 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14428361 | + | Financial Recoveries, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14458501 | + | Loan Acquisition Trust 2017-RPL1, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14428363 | + | Medical Data Systems, 2001 9th Avenue Suite 3, Vero Beach, FL 32960-6413 |
| 14428364 | + | Portfolio Recovery Associates, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14428365 | + | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14428366 | | Rushmore Loan Management Services, P.O. Box 55004, Covina, CA 91722 |
| 14458307 | + | U.S. Bank National Association, et. al., c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14474897 | + | U.S. Bank National Association, not in its individ, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14440824 | + | U.S. Bank Trust National Trustee for, Loan Acquisition Trust 2017-RPL1, c/o Sarah K. McCaffery, Esquire, One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14433137 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 26 2021 01:04:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14428358 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 26 2021 01:09:26 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14428359 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2021 01:09:27 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14579001 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2021 01:04:00 | Midland Credit Management, P.O. Box 2011, Warren, MI 48090-2011 |
| 14450211 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2021 01:04:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14459257 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2021 01:13:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14428362 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial services, P.O. Box 65507, Wilmington, DE 19808 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID S. GELLERT | on behalf of Debtor Ann L. Pierce dsgatn@rcn.com r46641@notify.bestcase.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Loan Acquisition Trust 2017-RPL1 mjclark@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Loan Acquisition Trust 2017-RPL1 bankruptcy@powerskirn.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Servcies administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Ann L. Pierce
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−17288−pmm

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 25th day of February, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

94
Form 155