**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Ann L. Pierce<br><br>                                            Debtor | Chapter: 13<br><br>Bankruptcy No.: 19-17288-pmm<br><br>11 U.S.C. § 362 |

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1

                                        Movant

                        vs.

Ann L. Pierce

                                        Debtor

                and

Scott F. Waterman, Esquire

                                        Trustee
                        RESPONDENTS

**PRAECIPE TO WITHDRAW Certification of Default of Stipulation FROM THE AUTOMATIC STAY, Doc 76**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT,**
**EASTERN DISTRICT OF PENNSYLVANIA**

   Kindly withdraw the Movant's Certification of Default of Stipulation in the above captioned matter.

                                        Respectfully submitted,

                                         /s/ Michael Clark
                                        Richard M. Squire, Esq.
                                        M. Troy Freedman, Esq.
                                        Michael J. Clark, Esq.
                                        One Jenkintown Station, Suite 104
                                        115 West Avenue
                                        Jenkintown, PA 19046
                                        215-886-8790
                                        215-886-8791 (FAX)
                                        rsquire@squirelaw.com
                                        tfreedman@squirelaw.com
                                        mclark@squirelaw.com

Dated: March 18, 2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Ann L. Pierce<br><br>                                        Debtor | Chapter: 13<br><br>Bankruptcy No.: 19-17288-pmm<br><br>11 U.S.C. § 362 |

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1

                                        Movant

                          vs.

Ann L. Pierce

                                        Debtor

                          and

Scott F. Waterman, Esquire

                                        Trustee
                          RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Praecipe to Withdraw Certification of Default of Stipulation from U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 electronically and/or via First Class Mail, postage prepaid.

Date Served: March 18, 2021

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Ann L. Pierce
2148 Butler Street
Easton, PA 18042

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA 18102

I hereby certify the foregoing to be true and correct under penalty of perjury.

    Respectfully submitted,

    /s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com
Attorney for Movant