# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    ANN L. PIERCE, | : | Bankruptcy No. 19-17288 PMM |
| | : | Chapter 13 |
|    Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 30th day of March 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated March 8, 2021 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expenses has been filed.

Dated: March 30, 2021

s/David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 8102
610-776-7070 Fax: 610-776-7072
dsgatn@rcn.com