Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-17288-PMM**

Ann L. Pierce  
2148 Butler Street  
Easton  PA   18042

Petition Filed Date: 11/20/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date: 02/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/2020 | $312.00 | | 03/23/2020 | $312.00 | | 04/29/2020 | $313.00 | |
| 05/22/2020 | $650.00 | | 07/08/2020 | $312.00 | | 07/17/2020 | $320.00 | |
| 07/30/2020 | $312.00 | | 09/16/2020 | $316.00 | | 10/02/2020 | $314.00 | |
| 11/02/2020 | $315.00 | | 12/09/2020 | $315.00 | | 01/05/2021 | $315.00 | |
| 02/11/2021 | $315.00 | | 03/01/2021 | $395.00 | | 04/12/2021 | $420.00 | |
| 05/17/2021 | $415.00 | | | | | | | |

**Total Receipts for the Period:  $5,651.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $5,651.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ann L. Pierce | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | DAVID S GELLERT, ESQ | Attorney Fees | $3,648.60 | $3,648.60 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 002 | Unsecured Creditors | $1,224.28 | $0.00 | $1,224.28 |
| 3 | FAY SERVICING LLC »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | RUSHMORE LOAN MGMT SVCS LLC »» 004 | Ongoing Mortgage | $13,094.19 | $1,517.09 | $11,577.10 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $1,217.07 | $0.00 | $1,217.07 |

**Chapter 13 Case No. 19-17288-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,651.00 | Current Monthly Payment: | $395.00 |
| Paid to Claims: | $5,165.69 | Arrearages: | $35.00 |
| Paid to Trustee: | $485.31 | Total Plan Base: | $19,116.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.