**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Ann L. Pierce<br><br>　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 19-17288-PMM |

**SUBSTITUTION OF APPEARANCE**

TO THE COURT:

　　YOU ARE HEREBY authorized to substitute Michael J. Clark of the law firm of Richard M. Squire & Associates, LLC as attorneys for Secured Creditor, Loan Acquisition Trust 2017-RPL1, in connection with the above entitled actions.

Dated: November 24, 2021　　　　　　　　　　　　Dated: November 24, 2021

*Withdrawing Attorney*　　　　　　　　　　　　　　*Superseding Attorney*

By: **/s/Sarah K. McCaffery**　　　　　　　　　　By: **/s/ Michael J. Clark**
Sarah K. McCaffery, Esq., P.A.I.D. #311728　　　Attorney ID# 202929
Powers Kirn, LLC　　　　　　　　　　　　　　　　Richard M. Squire & Associates, LLC
8 Neshaminy Interplex, Suite 215　　　　　　　　One Jenkintown Station
Trevose, PA 19053　　　　　　　　　　　　　　　115 West Avenue
Telephone# 215-942-2090　　　　　　　　　　　　Suite 104
　　　　　　　　　　　　　　　　　　　　　　　　Jenkintown, PA 19046
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 215-886-8790