United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 19-17288-pmm
Ann L. Pierce   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Feb 03, 2022     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann L. Pierce, 2148 Butler Street, Easton, PA 18042-4610 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | U.S. Bank National Association, not in its individ, C/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14538875 | + | American Honda Finance Corporation, d/b/a Honda Financial Services, c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14538544 | + | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 14428357 | + | Apex Asset Management, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14588540 | + | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 14428360 | + | Fay Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14431226 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14428361 | + | Financial Recoveries, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14458501 | + | Loan Acquisition Trust 2017-RPL1, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14428364 | + | Portfolio Recovery Associates, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14428366 | | Rushmore Loan Management Services, P.O. Box 55004, Covina, CA 91722 |
| 14458307 | + | U.S. Bank National Association, et. al., c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14474897 | + | U.S. Bank National Association, not in its individ, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14440824 | + | U.S. Bank Trust National Trustee for, Loan Acquisition Trust 2017-RPL1, c/o Sarah K. McCaffery, Esquire, One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 04 2022 03:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14433137 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 04 2022 03:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14428358 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 03:22:57 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14428359 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2022 03:22:59 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14428363 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 04 2022 03:18:00 | Medical Data Systems, 2001 9th Avenue Suite 3, Vero Beach, FL 32960-6413 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14579001 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2022 03:18:00 | Midland Credit Management, P.O. Box 2011, Warren, MI 48090-2011 |
| 14450211 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2022 03:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14459257 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2022 03:33:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14428365 | | Email/Text: signed.order@pfwattorneys.com | Feb 04 2022 03:18:00 | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14428362 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial services, P.O. Box 65507, Wilmington, DE 19808 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID S. GELLERT | on behalf of Debtor Ann L. Pierce dsgatn@rcn.com r46641@notify.bestcase.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Loan Acquisition Trust 2017-RPL1 mclark@squirelaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 03, 2022 | Form ID: pdf900 | Total Noticed: 30 |

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Servcies  administrator for Honda Lease Trust
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Ann L. Pierce<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 19-17288-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 3, 2022**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE